RECEIVED
IN MONROE, LA

JAN 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION NO. 04-2111** |
| **VERSUS** | * | **JUDGE JAMES** |
| **JERRY LYNN ROBINSON AND JANICE MARILYN MATSON ROBINSON** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no [DOC. NO. 28] objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff's Motion for Summary Judgment (Doc. No. 22) is hereby **GRANTED** and judgment is entered in favor of the United States of America., against Jerry Lynn Robinson and Janice Marilyn Matson Robinson in the amount of $119,149.25 and $41,854.14 accrued interest through June 27, 2006, with daily interest accrual at $16.2190 until paid on Note A; and $50,609.97 principal and $27,005.47 accrued interest through June 27, 2006, with daily interest accrual at $6.9400 until paid on Note B; together with $263.00 in advanced costs and all costs of this action.

THUS DONE AND SIGNED this 25 day of January, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION